DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
NOE PRIETO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:18-mj-00010-JLT |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE THE PRELIMINARY EXAMINATION HEARING |
| NOE PRIETO, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ERICA P. GROSJEAN AND JEFFREY A. SPIVAK, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, NOE PRIETO, by and through his attorney of record, DAVID A. TORRES hereby requesting that the preliminary hearing currently set for Wednesday, August 7, 2019, be continued to September 3, 2019 at 2:00 p.m.

Counsel for Mr. Prieto and the Government have conducted a lengthy investigation in this case. Counsel are currently negotiating a disposition in this matter and respectfully request the preliminary examination be set on Tuesday, September 3, 2019. It is anticipated that a resolution will be achieved before that date.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

DATED: 8/6/2019

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
NOE PRIETO

DATED: 8/6/2019

*/s/Jeffrey A. Spivak*
JEFFREY A. SPIVAK
Assistant U.S. Attorney

DATED: 8/6/2019

*/s/Laurel J. Montoya*
LAUREL J. MONTOYA
Assistant U.S. Attorney

# **ORDER**

**IT IS SO ORDERED** that the preliminary examination hearing be continued to Tuesday, September 3, 2019, at 2:00 pm before the Duty Magistrate.

IT IS SO ORDERED.

Dated:  **August 6, 2019**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE