MCGREGOR W. SCOTT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 5:18-MJ-00010-JLT |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME; ORDER THEREON |
| v. | |
| NOE PRIETO, | |
| Defendants. | DATE: September 3, 2019<br>TIME: 2:00 p.m.<br>COURT: Hon. Erica P. Grosjean |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney LAUREL J. MONTOYA, and defendant NOE PRIETO, both individually and by and through his counsel of record, DAVID TORRES, hereby stipulate as follows:

1. The Complaint in this case was filed on January 12, 2018, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on February 15, 2019. The court set a preliminary hearing date of September 3, 2019.

2. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to November 22, 2019, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. Additionally, the parties are exploring a resolution of this matter and need additional time.

3. The parties further agree that the interests of justice served by granting this continuance

outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

    4.    The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between September 3, 2019, and November 22, 2019, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

    IT IS SO STIPULATED.

| | |
|---|---|
| Dated: August 30, 2019 | McGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ LAUREL J. MONTOYA<br>LAUREL J. MONTOYA<br>Assistant United States Attorney |
| Dated: August 30, 2019 | /s/ DAVID TORRES<br>DAVID TORRES<br>Counsel for Defendant<br>Noe Prieto |

IT IS SO ORDERED.

    Dated:   **August 30, 2019**                 /s/ _Erica P. Grosjean_
                                                           UNITED STATES MAGISTRATE JUDGE