DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
NOE PRIETO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-CR-00055 NONE-SKO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| NOE PRIETO, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND LAUREL MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, NOE PRIETO, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Friday, August 21, 2020 be continued to Friday, September 18, 2020 at 9:30 a.m.

I am currently engaged in a homicide trial in the matter of *People v. Kessinger, BF172058A* in front of the Honorable Judge Oglesby. Trial commenced on August 10, 2020 and is anticipated to last approximately four weeks. I have spoken to AUSA Laurel Montoya and she has no objection to the continuance. In addition, counsel is gathering additional information for purposes of sentencing.

///

///

1

**IT IS SO STIPULATED.**

DATED: August 20, 2020

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
NOE PRIETO

DATED: August 20, 2020

*/s/Laurel Montoya*
LAUREL MONTOYA
Assistant U.S. Attorney

## **ORDER**

IT IS SO OREDERED that the sentencing hearing currently set for Friday, August 21, 2020 be continued to Friday, September 18, 2020 at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **August 20, 2020**

UNITED STATES DISTRICT JUDGE

2