TORRES | TORRES STALLINGS AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
NOE PRIETO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00055 NONE-SKO |
| Plaintiff, | NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS AND ORDER |
| NOE PRIETO, | |
| Defendants. | |

TO: THE ABOVE ENTITLED COURT AND THE UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:

Defendant, Noe Prieto, by and through his attorney, David A. Torres, hereby requests that Mr. Prieto's sentencing memorandum be filed under seal with a copy being served upon the United States Attorney.

This request is made pursuant to Local Rule 141(a), which states that documents can be sealed only by written order of the United States District Court. Under Local Rule access to all documents filed under seal is restricted to the Court and authorized court personnel.  The document discusses information that is relative to the ongoing investigation in this case.

DATED: December 30, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_ */s/ David A. Torres*_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DAVID A. TORRES
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Noe Prieto

Notice of Request and Request to Seal Documents and Order           1

**ORDER**

For the reasons set forth above, the Defendants request to have the sentencing memorandum filed Under Seal is granted with a copy being served upon the United States Attorney.

IT IS SO ORDERED.

Dated:   **December 30, 2020**            *Dale A. Drozd*
                                          UNITED STATES DISTRICT JUDGE