DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
NOE PRIETO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOE PRIETO,<br><br>Defendants. | Case No.  1:20-CR-00055 NONE-SKO<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND LAUREL MONTOYA, ASSISTANT UNITED STATES ATTORNEY:

    **COMES NOW** Defendant, NOE PRIETO, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Thursday, January 7, 2021 be continued to Thursday, January 14, 2021 at 10:00 a.m.

    I was scheduled to return from Mexico, today, January 5, 2021, however, my wife Angelica was struck with severe abdominal pain. She was taken to the hospital yesterday and was prescribed medication and advised not to fly. Our flight has been rescheduled and we are to return on Friday, January 8, 2021. I have spoken to AUSA Laurel Montoya and she has no objection to the continuance.

///

///

1

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: January 5, 2021 | Respectfully Submitted,<br>*/s/ David A Torres*<br>DAVID A. TORRES<br>Attorney for Defendant<br>NOE PRIETO |
| DATED: January 5, 2021 | */s/Laurel Montoya*<br>LAUREL MONTOYA<br>Assistant U.S. Attorney |

## **ORDER**

IT IS SO OREDERED that the sentencing hearing currently set for Thursday January 7, 2021 be continued to Thursday, January 14, 2021 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **January 5, 2021**   _____
UNITED STATES DISTRICT JUDGE

2